**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

RUFUS BOSWELL and )
JOANN BOSWELL, husband and )
wife, )
                                )
            Plaintiffs, )
                                )
v. ) Case No. CIV-06-326-KEW
                                )
STATE FARM FIRE AND )
CASUALTY COMPANY, )
                                )
            Defendant. )

## OPINION AND ORDER

This matter comes before the Court on Defendant's Agreed Motion to Consolidate filed November 7, 2006 (Docket Entry #33). Defendant seeks to consolidate this action with the case of <u>Rufus and Joann Boswell v. State Farm Mutual Automobile Insurance Company</u>, Case No. CIV-06-419-KEW. Defendant alleges the two cases are sufficiently related, both factually and legally, to warrant consolidation for all purposes. Defendant represents that Plaintiffs are in agreement with this consolidation request. Upon review of the claims asserted and facts alleged, this Court finds consolidation is prudent.

IT IS THEREFORE ORDERED that Defendant's Agreed Motion to Consolidate filed November 7, 2006 (Docket Entry #33) is hereby **GRANTED**. Accordingly, this case and the case of <u>Rufus and Joann Boswell v. State Farm Mutual Automobile Insurance Company</u>, Case No. CIV-06-419-KEW are hereby **CONSOLIDATED** for all purposes. All pleadings and documents filed in the future will be filed in the lead case and the parties are directed to style all future pleadings in the consolidated action as follows:

| | |
|---|---|
| RUFUS BOSWELL and JOANN BOSWELL, husband and wife, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. CIV-06-326-KEW ) Lead Case |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) |
| Defendant. | ) ) |
| and | ) ) |
| RUFUS BOSWELL and JOANN BOSWELL, husband and wife, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. CIV-06-419-KEW ) Member Case |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) |

IT IS FURTHER ORDERED that the parties to Case No. CIV-06-419-KEW shall be bound by the Scheduling Order entered in Case No. CIV-06-326-KEW on October 12, 2006.

IT IS FURTHER ORDERED that the Settlement Conference currently set in Case No. CIV-06-326-KEW on February 7, 2007 at 10:00 a.m. before Magistrate Judge Steven P. Shreder shall also be conducted with regard to Case No. CIV-06-419-KEW.

IT IS SO ORDERED this 15th day of November, 2006.

_____
KIMBERLY E. WEST
UNITED STATES MAGISTRATE JUDGE